United States District Court
Southern District of Texas
**ENTERED**
September 24, 2025
Nathan Ochsner, Clerk

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| ANTONIO HERNANDEZ SUAREZ, *et al.*, §§§§ | |
| Plaintiffs. § | |
|  § | CIVIL ACTION NO. 4:25-CV-905 |
| VS. §§ | |
| ROYAL COACH FMHC, LLC, *et al.*, §§ | |
| Defendants. | |

### ORDER ADOPTING MAGISTRATE JUDGE'S
### MEMORANDUM AND RECOMMENDATION

On May 28, 2025, Plaintiffs' motion to remand (Dkt. 17) was referred to United States Magistrate Judge Yvonne Y. Ho. (Dkt. 20). Judge Ho filed a Memorandum and Recommendation on September 9, 2025 recommending that Plaintiffs' motion to remand be denied. (Dkt. 31).

No objections have been filed to the Memorandum and Recommendation. Accordingly, the Court reviews the Memorandum and Recommendation for plain error on the face of the record. 28 U.S.C. § 636(b)(1); *see also* Fed. R. Civ. P. 72(b)(3).

Based on the pleadings, the record, and the applicable law, the Court finds that there is no plain error apparent from the face of the record. Accordingly, it is hereby **ORDERED and ADJUDGED** that:

(1) Judge Ho's Memorandum and Recommendation (Dkt. 31) is **APPROVED and ADOPTED** in its entirety as the holding of the Court;

(2) Plaintiffs' motion to remand (Dkt. 17) is **DENIED**; and

(3) Plaintiffs' claims against Defendant Shamira Navarro are **DISMISSED WITHOUT PREJUDICE**.

It is so **ORDERED**.

SIGNED at Houston, Texas on September 24, 2025.

                                               GEORGE C. HANKS, JR.
                                       UNITED STATES DISTRICT JUDGE